Parvin K. Aminolroaya
SEEGER WEISS LLP
77 Water Street
26th Floor
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799

*Attorneys for the M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04241 (BRL) |
| Plaintiff, | |
| v. | |
| THE M & B WEISS FAMILY LIMITED PARTNERSHIP OF 1996 C/O MELVYN I. WEISS, *et al.*, | |
| Defendants. | |

**NOTICE OF DEFENDANTS' MOTION FOR
WITHDRAWAL OF THE REFERENCE**

PLEASE TAKE NOTICE THAT Defendants' M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss, and Gary M. Weiss (collectively, the "Weiss Defendants") respectfully move the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. Section 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned adversary proceeding to the Bankruptcy Court for the reasons set forth in the accompanying Memorandum of Law in Support of Defendant's Motion for Withdrawal of the Reference, the Declaration of Parvin K. Aminolroaya in Support of Defendants' Motion for Withdrawal of the Reference, and the exhibits thereto.

Defendants have made no prior request for the relief sought herein.

WHEREFORE, Defendants respectfully request that the District Court enter an order granting the relief requested herein, and such other and further relief as the District Court deems appropriate.

September 7, 2011
New York, NY

s/ *Parvin K. Aminolroaya*
Parvin K. Aminolroaya
SEEGER WEISS LLP
77 Water Street
26th Floor
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799